FILED
2006 Mar-20 PM 04:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO91 (Rev. 5/93 ND/AL) Criminal Complaint

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

06 MAR 20 PM 4:21

## CRIMINAL COMPLAINT

UNITED STATES OF AMERICA

v.

DARREN VINCENT GESE

CASE NUMBER:

**MAG 06    052**

I, Scott Sledd, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. From in or about December 2005, continuing to in or about February 2006, in Jefferson County, in the Northern District of Alabama, and elsewhere, the defendant did knowingly use the United States Mail and any facility and means of interstate or foreign commerce, to persuade, induce, entice, and coerce any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, in violation of Title 18 United State Code, Section 2422(b), and in or about February 2006, in Jefferson County, within the Northern District of Alabama, and elsewhere, did knowingly travel in interstate commerce from the State of Alabama to the State of Florida for the purpose of engaging in illicit sexual conduct with another person, in violation of Title 18, United States Code, Sections 2423(b). I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT INCORPORATED BY REFERENCE

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

March 20, 2006     4:03 p.m.          at     Birmingham, Alabama
Date                                         City and State

JOHN E. OTT
United States Magistrate Judge                _____
Name and Title of Judicial Officer            Signature of Judicial Officer

## AFFIDAVIT

I, Scot Sledd, being duly sworn, do hereby depose and state:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI"). I have been an agent for approximately nine and a half years and I am assigned to the Birmingham Division of the FBI. During my time in Birmingham, for the past four years, I have been investigating matters involving the online exploitation of children, particularly in relation to violations of Title 18, United States Code, Sections 2422 and 2423, which criminalize the use of the mail or any facility or means of interstate or foreign commerce to knowingly persuade, induce, entice or coerce any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so, and to travel in interstate commerce for the purpose of engaging in any illicit sexual conduct with another person. I have made arrests and conducted searches pertaining to these types of investigations.

2. I am investigating the activities of Darren Vincent Gese residing at 6870 Briarwood Drive, Pinson, Alabama 35126. As shown below, there is probable cause to believe that Darren Vincent Gese has knowingly persuaded, induced, enticed, or coerced a 14 year old female to engage in sexually explicit conduct with him after he traveled from Pinson, Alabama to Pensacola, Florida, for the purpose

of engaging in sexually explicit conduct, in violation of Title 18 U.S.C. §§ 2422 and § 2423.

3.  The statements contained in this affidavit are based on my experience and background as a Special Agent of the FBI, as well as information provided by other FBI agents. The information contained within this affidavit is either personally known to me or was provided to me by other FBI Special Agents (SA) and New Jersey State Police Detectives working in conjunction with the FBI. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that Darren Vincent Gese has violated Title 18 U.S.C. §§ 2422 and 2423.

4.  On or about March 3, 2006, SA Steven J. Lampo, and New Jersey State Police Detectives Mike Tansey and John Gorman interviewed Darren Vincent Gese at the Moorestown, New Jersey Police Department. Gese was advised of his rights prior to being interviewed. Gese advised his home address is 6870 Briarwood Drive, Pinson, Alabama. His date of birth is April 21, 1972.

5. Gese stated that approximately six months ago while visiting the internet website myspace.com, he came across the account of a white female. Gese used the myspace.com utilities to invite the white female to engage in communication with Gese via the internet. At the time, the white female's profile stated she was eighteen years old. Gese's profile stated he was married with two kids. His screen name on myspace.com is "arone05" and his email address is dgese@eficorp.com. Gese is employed by EF&I and does contract work for Norfolk Southern Communications Company. He communicated with the white female via her AOL Instant Messenger screen name, "ohsohollywood," and her myspace.com screen name "rachellovesyou." Gese has broadband Internet Service at his residence through Charter Communications.

6. Gese stated he began communicating with the white female via internet instant messaging, but eventually they began to talk on the telephone. Gese later saw myspace.com postings wishing the white female a happy fourteenth birthday. Gese asked the white female (hereinafter "the child") about her age and she admitted to Gese she was only fourteen.

7. Gese stated he spoke with the child for hours on the telephone every day.

3

One month the child's phone bill was very high and she got in trouble with her parents, so Gese changed his cell phone service to Verizon so they could talk as much as they wanted. Typically, Gese would communicate with the child from his residence from eight p.m. to eleven p.m. each night while he played a computer game called Everquest. At first he would switch between Everquest and the instant messenger software as he communicated with the child. Eventually they talked more on the phone and Gese would just play Everquest on the computer. The more they talked, the more Gese grew attached to the child. They talked about the child's interest in horse riding. They talked about sex both on the Internet and on the phone. Gese said he and the child exchanged nude pictures of one another via the internet. Gese claimed to have approximately ten pictures of the child on his work laptop.

8. Gese stated the child told him about a horse show she was attending in Pensacola, Florida. Gese arranged to work in Mobile around the same time as the horse show. He traveled from Mobile to Pensacola on or about the weekend of the horse show, February 25, 2006. Gese obtained a room at the Motel 6 behind the hotel where the child was staying. He called the child to inform her he was there. They met in the parking lot of Bennigan's restaurant located near the hotels. They

hugged, talked for about ten minutes, and kissed for a while. She gave him directions to the horse show and they went back to their respective hotel rooms.

9. Gese stated he attended the horse show on February 25, 2006 and when the child was not performing, she sat with Gese. At one point, the child's mother came looking for her so the child quickly moved down a couple of rows on the bleachers before her mother saw Gese. Gese said he did not introduce himself to the child's mother because he did not want her parents to have a bad image of him. He was planning to wait until the child turned eighteen to leave his wife and marry the child.

10. Gese stated later that night, on February 25, 2006, he received a call from the child. The child said her trainer had noticed Gese and she did not think it was a good idea for him to go to the show on Sunday, February 26, 2006. Gese did not go to the show that day. Gese stayed in his hotel room and the child called him when the show was done. They met in the hotel parking lot and went back to his room. After arriving there, he gave her a heart charm for her bracelet and a CD of love songs which he recorded for her.

11. Gese stated the child started hugging and kissing Gese as they were lying on the bed in Gese's hotel room. According to Gese, they were lying with his hands on her stomach and the child kept lifting up her hips so his hand would go down her pants. Gese claimed to keep moving his hands away. Eventually, Gese said, the child took off her pants. Gese performed oral sex on the child and asked her, "do you want me inside you?" The child said, "more than anything." Gese stated he put himself in her once or twice then withdrew and said, "I can't do this." Gese said he did not ejaculate. Gese said at this point the child's mother called and the child left in a hurry.

12. Gese stated on March 2, 2006, the child told Gese she had told her parents about what happened in Pensacola. Gese offered to come and talk to her parents. The child told him that was a good idea. Later, the child called back and told Gese, "my mom wants you up here now." Gese stated he was working in New Orleans that day. He drove from New Orleans to Birmingham, went to his office, and wiped the hard drive of his laptop using a software tool called "Boot and Nuke." He then flew from Birmingham to Philadelphia, where he rented a car and drove to Moorestown, New Jersey, arriving at the child's residence on March 3, 2006.

13. On or about March 3, 2006, SA Steven J. Lampo and New Jersey State Police Detective Mike Tansey interviewed the child. The child's statement corroborates Gese's statement. The child added when she told Gese her parents knew they had sex in Florida, Gese said, "oh my God, I'm going to jail."

## CONCLUSION

14. Based on the above information, your affiant respectfully submits that there is probable cause to believe that Darren Vincent Gese has committed violations of Title 18 U.S.C. §§ 2422 and 2423, by knowingly persuading, inducing, enticing, or coercing a 14 year old female to engage in sexually explicit conduct with him after he traveled in interstate commerce from Pinson, Alabama to Pensacola, Florida, for the purpose of engaging in illicit sexual conduct .

_____
Scot Sledd
Special Agent, FBI


SWORN TO AND SUBSCRIBED BEFORE ME
THIS 20TH DAY OF MARCH, 2006.

_____
United States Magistrate Judge
Northern District of Alabama

7