# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ALABAMA

# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Case No. 2:06-CR-00127-LSC-JEO |
| ) | |
| DARREN VINCENT GESE ) | |

## GOVERNMENT'S MOTION TO COMPEL BLOOD TESTING OF DEFENDANT FOR HIV (AIDS VIRUS)

COMES NOW the United States of America, by and through its counsel, Alice H. Martin, United States Attorney for the Northern District of Alabama, and E. Vincent Carroll, Assistant United States Attorney, and hereby moves the Court for an order, pursuant to Title 42, United States Code, Section 14011, and Schmerber v. California, 384 U.S. 757 (1966), compelling the defendant to submit to the taking of his blood by medically acceptable means for purposes of testing for the presence of the etiologic agent for acquired immune deficiency syndrome ("AIDS") and further, that the results of said test be disclosed only to the minor victim, the minor victim's parents, and the defendant pursuant to Title 42, United States Code, Section 14011(b)(5).

In support of this motion, the United States submits the following:

1. The minor victim in this case is the victim of a sexual crime that poses a risk of transmission of a sexually transmitted disease. Specifically, Darren Vincent Gese (hereinafter referred to as "defendant"), did knowingly travel in interstate commerce for the purpose of engaging in illicit sexual conduct with a minor, and, in fact, did engage in sexual intercourse with the minor. The minor has been informed that this conduct creates a risk of transmission, as determined by the Centers for Disease Control, of the etiologic agent for acquired immune deficiency syndrome.

2. There exists probable cause to believe that the defendant has committed a Federal offense of knowingly traveling in interstate commerce for the purpose of engaging in illicit sexual conduct with another person, specifically a minor, in violation of Title 18, United States Code, Section 2423(b). (See Doc. # 6 for a copy of the indictment reflecting that such probable cause exists.)

3. The minor victim and the minor victim's parents hereby request that the defendant be tested for the etiologic agent for acquired immune deficiency syndrome, in accordance with Title 42, United States Code, Section 14011(b).

4. The minor victim and the minor victim's parents further request that if the initial test of the defendant for the etiologic agent for acquired immune deficiency syndrome is negative, that the defendant be re-tested six (6) months and

again twelve (12) months following the initial test, in accordance with Title 42 United States Code, Section 14011(b)(3).

5.  The minor victim has received appropriate counseling on the accuracy of such tests and the risks of transmission of sexually transmitted diseases as the result of a sexual crime.  The minor victim has been advised that the requested tests would provide information necessary for the minor victim's health.

WHEREFORE, the minor victim and the minor victim's parents respectfully petition this Court: 1) To order the defendant to appear, or in the event that the defendant is in custody, that the Court direct the United States Marshal for this district to produce the defendant before the Court; 2) to order, after a hearing, the defendant to submit to testing for the presence of the etiologic agent for acquired immune deficiency syndrome; 3) to order the defendant to be re-tested six (6) months and again twelve (12) months following the initial test, if the initial test is negative; and 4) that after the completion of the said tests, the entity conducting the tests provide the test results to the minor victim, the minor victim's parents, and the defendant.

Respectfully submitted this the 24th day of April, 2006.

        ALICE H. MARTIN
        United States Attorney


        /s/
        E. VINCENT CARROLL
        Assistant United States Attorney

# CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the defendant's counsel of record:

> Rick L. Burgess
> 215 North 21st Street, Suite 701
> Birmingham, AL 35203

                    /s/
                E. VINCENT CARROLL
                Assistant United States Attorney