

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ALABAMA

## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **Case No.: 2:06-CR-00127-LSC-JEO** |
| ) | |
| **DARREN VINCENT GESE** ) | |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S REQUEST FOR DISCLOSURE

COMES NOW the United States of America, by and through its counsel, Alice H. Martin, United States Attorney for the Northern District of Alabama, and E. Vincent Carroll, Assistant United States Attorney, and responds to Defendant's Request for Disclosure as follows in paragraphs lettered to correspond to those of said request:

A). Defense counsel has previously been furnished with a statement of the defendant provided to the Federal Bureau of Investigation and the New Jersey State Police, as well as the audio tape recording of such interview.

B). Defendant's prior criminal history was furnished by the probation office at the time of the initial appearance.

C). Defense counsel has been provided an opportunity to inspect and/or

copy all documents and tangible objects, including photographs and CART exam results, and such items are and have been available for inspection by prior appointment at the office of the FBI in Birmingham.

D). Other than the images and other information obtained from the defendant's computer, no such examination, tests, or experiments have been conducted.

E). Undersigned counsel for the government is unaware of exculpatory or otherwise favorable material.

F). Title 18, United States Code, Section 3500 will be complied with upon timely and specific requests after the government witness has testified on direct examination in the trial of the case.

G). Defense counsel has been provided a copy of the search warrant application, the search warrant, and the search warrant affidavit in this case. Defense counsel has also been provided a copy of the audio tape recording of the defendant's statement to the FBI and the New Jersey State Police.

## RECIPROCAL DISCOVERY REQUEST

The United States requests that the defendant provide the following:

1. Books, papers, documents, tangible objects, or copies or portions thereof,

which are in the possession, custody or control of the defendant and which the defendant intends to introduce as evidence in chief at trial, in accordance with Rule 16(b)(1)(A), Fed.R.Crim.P.

2. Any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with this case, or copies thereof, withing the possession or control of the defendant, which the defendant intends to introduce as evidence in chief at trial or which were prepared by a witness the defendant intends to call at trial when the results or reports relate to his testimony, in accordance with Rule 16(b)(1)(B), Fed.R.Crim.P.

Respectfully submitted this the 28th day of April, 2006.

        ALICE H. MARTIN
        United States Attorney

        /s/
        E. VINCENT CARROLL
        Assistant United States Attorney

## CERTIFICATE OF SERVICE

      I hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the defendant's counsel of record:

      Rick L. Burgess
      215 North 21st Street, Suite 701
      Birmingham, AL 35203


      /s/
      E. VINCENT CARROLL
      Assistant United States Attorney