IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| VS. ] | CASE NUMBER: CR-06-127-LSC |
| ] | |
| DARREN VINCENT GESE ] | |

### DEFENDANT'S OBJECTIONS TO PRESENTENCE REPORT

Comes now the Defendant, by and through his attorney, and makes the following objections to the Presentence Report as provided by the United States Probation Office. As grounds therefore, Defendant respectfully shows unto the Court the following:

1. In paragraph 7, any photographs that were exchanged between the Defendant and the "minor" female were exchanged during the period that the "minor" represented to the Defendant that she was over the age of 18 years. The Defendant continue contact approximately 2 months after learning the MF was not over the age of 18 years.

2. In paragraph 14, the Defendant objects to the 2 point enhancement for unduly influencing the minor. According to the minor's own statement, she readily admits she was the one who was the sexual aggressor and the one who was insistent on sexual contact despite the age difference and that prior to any contact, the Defendant repeatedly refused her advancements.. Also, in her statement, she states the Defendant is the one who stopped and said they could not continue. Furthermore, the MF continues to have a profile on MySpace.com in which she represents herself as being 17 years of age. By representing herself to be 17 years of age, adults visiting that internet site have access to her profile information and can communicate with her.

3. In paragraph 15, the Defendant objects to the 2 point enhancement for use of a computer to facilitate the sexual conduct. The computer was used during the time that the Defendant believed the MF to be over the age of 18 years. However, after learning her real age, the contact between the Defendant and the MF occurred via cell phone.

4. In paragraph 33, the Defendant states that it was only after he lost his job due to the current charges, that his parents assisted him in the payment of his monthly mortgage. Prior to this,

the Defendant paid his families bills.

5. In paragraph 38, the Defendant objects that the fact that the following information was not included in the presentence report: that the psychotherapist had Mr. Gese complete and MMPI and that testing showed that the Defendant did *not* have pedophelic traits.

6. In paragraph 45, not only did the Defendant serve in the United States Army, but during his service he received numerous awards and recognition for his service.

Respectfully submitted thisAugust 2, 2006.

S/ Rick L. Burgess, Attorney for Defendant
Rick L. Burgess, Attorney
Suite 701, 215 North 21st Street
Birmingham, Alabama 35203
(205) 328-6710 Fax: (205) 324-8660
E-Mail: RickBurges@aol.com

**Certificate of Service**

I hereby certify that onAugust 2, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:
E. Vincent Carroll, Assistant U.S. Attorney
Amy S. Sokol, United States Probation Officer

and, I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: *

Rick L. Burgess, Attorney