IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| VS. ] | CASE NUMBER: CR-06-127-LSC |
| ] | |
| DARREN VINCENT GESE ] | |

## **MOTION FOR VARIANCE**

Comes now the Defendant, by and through his attorney, and moves this Court for a various from the range of custody indicated in the Presentence Report. As grounds therefore, Defendant respectfully shows unto the Court the following:

1. That the facts of this case are unusual in that the minor represented herself to the Defendant for 3-4 months as being over the age of 18 years. The Defendant was not seeking out nor did he know he was talking to a minor during this period.

2. That the minor clearly stated in her interview with the FBI that she was the aggressor and was the one who was insistent on the sexual contact. That the contact lasted on a minute or two before the Defendant stopped it telling her that it was not right and he could not engage in the conduct.

3. That the Defendant was "caught" due to the fact that he went to New Jersey to apologize to the minor's parents regarding the incident reflecting the extreme remorse he felt. He also readily admitted all the facts regarding the situation to the police on that same day.

4. The Defendant gave law enforcement the name of another adult that the minor had told him she had met on the computer and with whom she had engaged in sexual relations. This information resulted in an investigation of that individual.

5. That there is no indication that the Defendant is a pedophile. In fact, the MMPI reflects that the Defendant does not have pedophelic traits.

6. That a sentence at the mandatory minimum will accomplish all the principles mandated by Section 3553 and will not violate the over-riding principle stated in Section 3553(a)(2), that the Court not impose a sentence "*greater than necessary*" to comply with the four purposes of sentencing.

Respectfully submitted this August 23, 2006.

S/ Rick L. Burgess, Attorney for Defendant
Rick L. Burgess, Attorney
Suite 701, 215 North 21st Street
Birmingham, Alabama 35203
(205) 328-6710 Fax: (205) 324-8660
E-Mail: RickBurges@aol.com

**Certificate of Service**

I hereby certify that on August 23, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: E. Vincent Carroll, Assistant U.S. Attorney

and, I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: *

Rick L. Burgess, Attorney